## (June 25, 1951.)

MICHAEL J. HEFFERNAN, Plaintiff, v. JOHN GERSTENLAUER, Defendant; EDGEWATER SAVINGS AND LOAN ASSOCIATION, Appellant; ELIZABETH HEFFERNAN, as Administratrix of the Estate of MICHAEL J. HEFFERNAN, Deceased, Respondent, and ROSE SPAGNUOLO, Respondent-Appellant.— Motions referred to the court that rendered the decision. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. *No. 557.* Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. *No. 558.* Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 862.]

In the Matter of the Accounting of Proceedings of VIOLA J. FEIT et al., as Executrices of MOE FEIT, Deceased, Respondents. HARRY L. JACOBS, Appellant. — Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Motion to amend decision denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. [See *ante*, p. 944.]

In the Matter of WESTCHESTER COUNTY BAR ASSOCIATION. BERNARD MARGULIS, an Attorney.— Matter referred to Honorable FREDERICK P. CLOSE, Official Referee, to hear and to report with his opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC. GEORGE E. MULRY, an Attorney.— Matter referred to Honorable PETER P. SMITH, Official Referee, to hear and to report with his opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of WESTCHESTER COUNTY BAR ASSOCIATION. JAMES R. ROONEY, an Attorney.— Matter referred to Honorable FREDERICK P. CLOSE, Official Referee, to hear and to report with his opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.